AMERICAN EXCHANGE IRVING TRUST COMPANY, as Corporate Trustee, and

738

Others, Respondents, v. JOSEPH G. SIEGEL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.